# IN THE SUPREME COURT OF PENNSYLVANIA
# EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,     :   No. 171 EAL 2023

     Respondent            :

                                      :   Petition for Allowance of Appeal

   v.                           :   from the Order of the Superior Court

                                      :

CHRISTOPHER RUSSELL,               :

     Petitioner               :

COMMONWEALTH OF PENNSYLVANIA,     :   No. 172 EAL 2023

     Respondent            :

                                        :   Petition for Allowance of Appeal

   v.                           :   from the Order of the Superior Court

                                      :

CHRISTOPHER RUSSELL,               :

     Petitioner               :

COMMONWEALTH OF PENNSYLVANIA,     :   No. 173 EAL 2023

     Respondent            :

                                        :   Petition for Allowance of Appeal

   v.                           :   from the Order of the Superior Court

                                      :

CHRISTOPHER RUSSELL,               :

     Petitioner               :

COMMONWEALTH OF PENNSYLVANIA,     :   No. 174 EAL 2023

     Respondent            :

                                        :   Petition for Allowance of Appeal

                                      :   from the Order of the Superior Court

   v.                           :

CHRISTOPHER RUSSELL,

    Petitioner

COMMONWEALTH OF PENNSYLVANIA,   :   No. 175 EAL 2023

    Respondent

                Petition for Allowance of Appeal
                from the Order of the Superior Court

    v.

CHRISTOPHER RUSSELL,

    Petitioner

COMMONWEALTH OF PENNSYLVANIA,   :   No. 176 EAL 2023

    Respondent

                Petition for Allowance of Appeal
                from the Order of the Superior Court

    v.

CHRISTOPHER RUSSELL,

    Petitioner

COMMONWEALTH OF PENNSYLVANIA,   :   No. 177 EAL 2023

    Respondent

                Petition for Allowance of Appeal
                from the Order of the Superior Court

    v.

CHRISTOPHER RUSSELL,

    Petitioner

COMMONWEALTH OF PENNSYLVANIA,   :   No. 178 EAL 2023

    Respondent

|  |  |  |
|---|---|---|
| v. | : | Petition for Allowance of Appeal |
|  | : | from the Order of the Superior Court |
|  | : |  |
|  | : |  |
| CHRISTOPHER RUSSELL, | : |  |
|  | : |  |
| Petitioner | : |  |

|  |  |  |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 179 EAL 2023 |
|  | : |  |
| Respondent | : |  |
|  | : | Petition for Allowance of Appeal |
|  | : | from the Order of the Superior Court |
| v. | : |  |
|  | : |  |
|  | : |  |
| CHRISTOPHER RUSSELL, | : |  |
|  | : |  |
| Petitioner | : |  |

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 19th day of September, 2023, the Petition for Allowance of Appeal is **DENIED**.

[171 EAL 2023, 172 EAL 2023, 173 EAL 2023, 174 EAL 2023, 175 EAL 2023, 176 EAL 2023, 177 EAL 2023, 178 EAL 2023 and 179 EAL 2023] - 3